Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, CA 92660
Telephone:   (949) 502-2870
Facsimile:    (949) 258-5081

Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
**ONE LLP**
9301 Wilshire Boulevard
Penthouse Suite
Beverly Hills, CA 90210
Telephone:   (310) 866-5157
Facsimile:    (310) 943-2085

Attorneys for Plaintiff
Backgrid USA, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., a California corporation, | Case No.:  2:20-cv-04483 |
| Plaintiff, | **COMPLAINT FOR COPYRIGHT INFRINGEMENT** |
| v. | |
| CHAD VEACH, an individual, and DOES 1-10, inclusive, | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

**COMPLAINT**

1  Plaintiff, Backgrid USA, Inc., complains against Defendant Chad Veach, an
2  individual, and DOES 1-10 (collectively, "Defendants") as follows:

3  **JURISDICTION AND VENUE**

4  1.      This is a civil action against Defendants for acts of copyright
5  infringement under the Copyright Act, 17 U.S.C. §§ 101 *et seq*. This Court has
6  subject matter jurisdiction under 28 U.S.C. § 1331, 17 U.S.C. § 501(a), and 28
7  U.S.C. § 1338(a) and (b).

8  2.      Venue is proper in this district under 28 U.S.C. §§ 1391(b) and (c)
9  and 28 U.S.C. § 1400(a) in that the claim arises in this judicial district, and, on
10  information and belief, the Defendants and their agents reside and may be found in
11  this judicial district, and the injury suffered by Plaintiff took place in this judicial
12  district. On information and belief, Defendant Veach resides in Los Angeles,
13  California. Defendants are subject to the general and specific personal jurisdiction
14  of this Court because of their contacts with the State of California.

15  **PARTIES**

16  3.      Plaintiff Backgrid USA Inc. ("Backgrid") is a California corporation
17  existing under the laws of California, with its principal place of business located in
18  Redondo Beach, California.

19  4.      On information and belief, Defendant Chad Veach ("Veach") is an
20  individual who lives in Los Angeles, California.

21  5.      The true names or capacities, whether individual, corporate or
22  otherwise, of the Defendants named herein as DOES 1 through 10, inclusive, are
23  unknown to Plaintiff, who therefore sues said Defendants by such fictitious names.
24  Plaintiff will ask leave of Court to amend this Complaint and insert the true names
25  and capacities of said Defendants when the same have been ascertained.
26  / / /
27  / / /
28  / / /

2

**COMPLAINT**

## FACTS COMMON TO ALL COUNTS

*Backgrid and the Photograph that Frames This Dispute*

6.      Backgrid owns and operates one of Hollywood's largest celebrity-photograph agencies that has earned a reputation of regularly breaking scoops on sought after celebrity news. It owns the intellectual property rights, including the copyrights, to celebrity photographs that have been licensed to numerous top-tier outlets, such as TMZ, BET, New York Post, People Magazine, Huffington Post, the Daily Mail, as well as many television stations, newspapers and other prominent media outlets throughout the world. Each license has been granted for valuable consideration.

7.      Among many others, Backgrid owns photographs of Veach alongside mega-celebrity musician Justin Bieber, including the one at issue in this lawsuit ("Bieber Photo"). The Bieber Photo is attached as Exhibit A. Backgrid has registered the Bieber Photo within 90 days of its first publication with the United States Copyright Office. The Copyright registration number for the Bieber Photo is VA0002061181.

*Defendant and His Willfully Infringing Activity*

8.      On information and belief, Defendant Veach is an evangelical pastor and founder of Zoe Church, a church that targets youth-based followers. Keeping consistent with its brand and youth-appeal, the church's first location was a transformed nightclub off of Sunset Boulevard. Now, there are at least three locations in Southern California in addition to an online church. Veach has enjoyed substantial success as a celebrity pastor and has received a significant amount of press relating to his taste in expensive shoes and clothes, his celebrity friends, and editorials admonishing the moral dilemma of preaching to youth while wearing a $1980 Gucci backpack and $795 Rhude trackpants.

9.      On information and belief, Veach uses his Instagram account to encourage youth to join to Zoe Church. He professed that "Instagram built our

**COMPLAINT**

church. [] Isn't that fascinating?"  Veach's current Instagram account has over 298,000 followers, even though it is a relatively new account. On information and belief, he deleted his previous account because of criticism he received when responding to the moral dilemma of preaching to youth while wearing thousands of dollars of clothing.

10.   Among other things, Veach posts photographs with his celebrity friends to promote his Instagram account and his church. Among these photographs is the Bieber Photo that is at issue in this lawsuit. The Bieber Photo attracted at least 22,597 "likes," which does not include all of the traffic it received from people who did not interact with the post.

11.   Defendants violated federal law by willfully infringing Backgrid's copyrights to the Bieber Photo by and through its unauthorized exploitation of the photo.

12.   Moreover, Defendants induced, caused, or materially contributed to the reproduction, distribution and public display of the Bieber Photo, and derivatives thereof, all while knowing or having reason to know that the photo would be resold and distributed by others on social media.

13.   Backgrid attempted to resolve this dispute prior to litigation, but the parties were unable to do so.

**FIRST CLAIM FOR RELIEF**

**(Copyright Infringement, 17 U.S.C. § 501)**

14.   Backgrid incorporates hereby reference the allegations in paragraphs 1 through 13 above.

15.   Backgrid is the owner of all rights, title, and interest in the copyrights of the Bieber Photo that frames this dispute, which substantially consist of material wholly original and which are copyrightable subject matter under the laws of the United States.

16.     Backgrid filed for copyright registration of the Bieber Photo within 90 days of its first publication with the United States Copyright Office.

17.     Defendants have directly, vicariously, contributorily and/or by inducement willfully infringed Backgrid's copyrights by reproducing, displaying, distributing, and utilizing the Bieber Photo for purposes of trade in violation of 17 U.S.C. § 501 *et seq.*

18.     All of the Defendants' acts are and were performed without permission, license, or consent of Backgrid.

19.     Backgrid has identified Defendants' infringement by way of unlawful reproduction, public display, distribution, and creation of an unauthorized derivative work based off of Backgrid's photograph.

20.     As a result of the acts of Defendants alleged herein, Backgrid has suffered substantial economic damage.

21.     Defendants have willfully infringed, and unless enjoined, will continue to infringe Backgrid's copyrights by knowingly reproducing, displaying, distributing, and utilizing its photographs by, among other things, virtue of Defendants' encouragement of the infringement and financial benefit it receives Backgrid's copyrights.

22.     The wrongful acts of Defendants have caused, and are causing, injury to Backgrid, which cannot be accurately computed, and unless this Court restrains Defendants from further commission of said acts, Backgrid will suffer irreparable injury, for all of which it is without an adequate remedy at law. Accordingly, Backgrid seeks a declaration that Defendants are infringing Backgrid's copyrights and an order under 17 U.S.C. § 502 enjoining Defendant from any further infringement.

23.     The above-documented infringements alone would entitle Backgrid to a potential award of up to $ 150,000 in statutory damages for the infringed photograph, in addition to its attorneys' fees.

**COMPLAINT**

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1.      That the Defendants, and their officers, agents, servants, employees, and representatives, and all persons in active concert or participation with them, be permanently enjoined from copying, reproducing, displaying, promoting, advertising, distributing, or selling, or any other form of dealing or transaction in, any and all Photos of Backgrid;

2.      That an accounting be made for all profits, income, receipts or other benefit derived by Defendants from the unlawful reproduction, copying, display, promotion, distribution, or sale of products and services, or other media, either now known or hereafter devised, that improperly or unlawfully infringes upon Plaintiff's copyrights pursuant to 17 U.S.C. § 504 (a)(1) & (b);

3.      For actual damages and disgorgement of all profits derived by Defendants from their acts of copyright infringement and for all damages suffered by it by reasons of Defendant's acts, under 17 U.S.C. § 504 (a)(1) & (b);

5.      For statutory damages for copyright infringement, including willful infringement, in accordance with 17 U.S.C. § 504(a)(2) & (c);

6.      For reasonable attorneys' fees incurred herein pursuant to 17 U.S.C. § 505;

7.      For costs and interest pursuant to 17 U.S.C. § 504 (a)(1) & (b), 17 U.S.C. § 505; and

/ / /

/ / /

/ / /

**COMPLAINT**

1      8.      For any such other and further relief as the Court may deem just and

2    appropriate.

3

4    Dated:  May 19, 2020                **ONE LLP**

5
                                         By:  /s/ Joanna Ardalan
6                                             Joanna Ardalan

7
                                              Attorneys for Plaintiff
8                                             Backgrid USA, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COMPLAINT**

## DEMAND FOR JURY TRIAL

Plaintiff Backgrid USA, Inc., hereby demands trial by jury of all issues so triable under the law.

Dated:  May 19, 2020               **ONE LLP**

                                    By:  /s/ Joanna Ardalan
                                         Joanna Ardalan

                                         Attorneys for Plaintiff
                                         Backgrid USA, Inc.

8

**COMPLAINT**