# EXHIBIT A

Case 2:20-cv-04483-RGK-AGR   Document 1-1   Filed 05/19/20   Page 2 of 2   Page ID #:10

Instagram

🔍 Search

Get the app     Sign up | Log in





chadcveach                                    Follow

chadcveach i love this guy so much
#BETTERAT70 #BROTHERS

Load more comments

mirelajanis He deserves good friends 🙏♥

eddievalenz Are they a couple?

kawaiigraande @eddievalenz we'll never
know

cvldren.svun Oops he's married there's no
way.

astander Legends all the way!!

hitheregoodhuman Wowowowowowoowow u
guys look so cute together

alex.gerocova @terezkv takze takto dnes
vyzerajú pastori

terezkv @alex.gerocova i ship it

areasf @carottisa

♡  💬

22,597 likes

AUGUST 8

Log in to like or comment.                    ···

ABOUT US   SUPPORT   BLOG   PRESS   API   JOBS   PRIVACY   TERMS   DIRECTORY   LANGUAGE

© 2017 INSTAGRAM